UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEVI N. THOMAS, | ) |
|        Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) |
| GREYHOUD LINES, INC. and FIRSTGROUP AMERICA, INC., | ) |
|        Defendants. | ) |

**NOTICE OF REMOVAL**

COME NOW Greyhound Lines, Inc. and FirstGroup America, Inc., Defendants in the above-styled action**,** and pursuant to 28 U.S.C. § 1446 hereby remove the action now pending in the Circuit Court of Davidson County, State of Tennessee, Case No. No. 17C1491 styled *Levi N. Thomas, v. Greyhound Lines, Inc. and FirstGroup America, Inc.,* wherein Plaintiff demands judgment against Defendants, and respectfully show unto this Honorable Court as follows.

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

2. This is a civil action regarding Plaintiff Levi N. Thomas's claims of negligence against the Defendant. Based upon the allegations within Plaintiff's Complaint and his counsel's demand in excess of $75,000, Defendants in good faith aver that Plaintiff is seeking to recover damages in excess of $75,000.00, plus interest, costs and attorney's fees.

3. At all times material to this action, Plaintiff was a citizen of the State of Tennessee.

4. At all times material to this action, Defendant Greyhound Lines, Inc. was a Delaware corporation, having its principal place of business in Cincinnati, Ohio

5. At all times material to this action, Defendant FirstGroup America, Inc. was a Delaware corporation, having its principal place of business in Cincinnati, Ohio.

6. This action was commenced in the Circuit Court in and for Davidson County, Tennessee. Defendants Greyhound Lines, Inc. and FirstGroup America, Inc., initially learned of Plaintiff's Complaint, said pleading specifically naming them as Defendants for the first time, on or about June 26, 2017, following service of process on CT Corporation System, Knoxville, Tennessee.

7. The Affidavit of counsel, Brantley C. Rowlen, Esq., is submitted as **Exhibit 'A'** in support of this Notice of Removal.

8. Copies of all process, pleadings and orders served upon Defendants and such other papers that are attachments as required by 28 U.S.C. § 1446 and local court rules, are filed herein. (See composite **Exhibit 'B'**).

9. Pursuant to 28 U.S.C. §1446(d), Defendants have provided written notice to all adverse parties and have filed a copy of this Notice of Removal with the Clerk of the Circuit Court in and for Davidson County, Tennessee. (A copy of the Notice of Filing Notice of Removal to opposing counsel is attached hereto as **Exhibit 'C'**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit 'D'**).

WHEREFORE, Defendants Greyhound Lines, Inc. and FirstGroup America, Inc., respectfully submit this matter to this Court's jurisdiction.

*(signature on following page)*

This 21st day of July, 2017.

                                                       LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                                       */s/Brantley C. Rowlen*
                                                       Brantley C. Rowlen
                                                       Tennessee Bar No. 29730

1180 Peachtree Street, NE
Suite 2900                                     Counsel for Defendants
Atlanta, Georgia  30309             Greyhound Lines, Inc. and FirstGroup America, Inc.
404.348.8585
404.467.8845 (fax)
brantley.rowlen@lewisbrisbois.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **Notice of Removal** by filing same with the Clerk of the Court utilizing CM/ECF, and by sending a copy via the United States Postal Service to counsel for Plaintiff, addressed as follows:

Julie A. Reasonover, Esq.
REASONOVER LAW FIRM
208 23rd Avenue, North
Suite 201
Nashville, TN 37203
*Attorney for the Plaintiff*

This 21st day of July, 2017.

    /s/Brantley C. Rowlen
Brantley C. Rowlen
Tennessee Bar No. 29730

1180 Peachtree Street, NE
Suite 2900              Counsel for Defendants
Atlanta, Georgia 30309    Greyhound Lines, Inc. and FirstGroup America, Inc.
404.348.8585
404.467.8845 (fax)
brantley.rowlen@lewisbrisbois.com