IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEVI N. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:17-CV-01069 |
| v. | ) | Judge Aleta A. Trauger |
| | ) | Jury Demand |
| GREYHOUND LINES, INC. and | ) | |
| FIRSTGROUP AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel for the respective parties below, that all matters in controversy among the Plaintiff and Defendants have been compromised and settled.

It further appears to the Court that the parties agree that Plaintiff shall pay any known and unknown subrogation interests of any subrogees, including but not limited to, workers' compensation, and the Plaintiff shall release and indemnify all Defendants from any and all liens and subrogation interests. Plaintiff's counsel shall confirm Plaintiff's compliance with T.C.A. § 71-5-117 (g) and as an officer of the Court confirms there are no known TennCare subrogation claims of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117 (f) that remain unaddressed in this action, i.e. TennCare liens.

Counsel for the Plaintiff, by virtue of signature below, verifies there are no Hospital Liens of record, and/or which remain unsatisfied, pursuant to T.C.A. § 29-22-101, et. seq.

It is therefore;

ORDERED, ADJUDGED AND DECREED the above referenced matters and causes of action are hereby dismissed with prejudice.

   /s/ Aleta S. Trauger
Aleta S. Trauger
United States Judge

**APPROVED FOR ENTRY:**

**REASONOVER LAW FIRM, PLLC**

  /s/ Julie A. Reasonover
Julie A. Reasonover, Esq. #028098
2323 21st Avenue South
Suite 306
Nashville, TN 37212
(615) 241-0405 phone
(615) 523-1962 facsimile
julie@reasonoverlaw.com
*Attorney for Plaintiff*


**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

  /s/ Brantley Rowlen
Brantley Rowlen, Esq. #29730
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309
Suite 306
Nashville, TN 37212
(404) 348-8576 phone
brantley.rowlen@lewisbrisbois.com
*Attorney for Defendants*